419 U.S. 937
 95 S.Ct. 207
 42 L.Ed.2d 164
 Edwin CLAY and Arthur John Sweeney, Jr., petitioners,
v.
UNITED STATES.
 No. 73-6623.
 Supreme Court of the United States
 October 21, 1974
 
 Petition for writ of certiorari to the United States Court of Appeals for the Seventh Circuit.
 
 
 1
 Denied.
 
 
 2
 Mr. Justice STEWART would grant certiorari.
 
 
 3
 Mr. Justice DOUGLAS and Mr. Justice STEWART join.
 
 
 4
 Separate dissenting statement by Mr. Justice DOUGLAS.